**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wilber MARROQUIN–TORRES, a.k.a. Israel Marroquin–Torres, a.k.a. Roberto Chang, a.k.a. Wilbert Marroquin–Torres, a.k.a. Jorge Oritz–Barrera, Defendant–Appellant.**

**No. 09–14726
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 4, 2010.

Craig L. Crawford, Peter Warren Kenny, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Wilber Marroquin–Torres in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Marroquin–Torres's conviction and sentence are **AFFIRMED.**